UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DASHA ISSAC,<br><br>　　　　　　Plaintiff,<br>　v.<br>NEVADA,<br><br>　　　　　　Defendant. | Case No. 3:25-cv-00448-ART-CLB<br><br>**ORDER** |

On August 22, 2025, pro se plaintiff Dasha Issac, an inmate in the custody of the Nevada Department of Corrections, initiated this case with an application to proceed *in forma pauperis*. (ECF No. 1). Plaintiff did not submit a complaint or any other documents.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. L.R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

**IT IS THEREFORE ORDERED** that Plaintiff has **until October 10, 2025**, to submit a signed complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a complaint.

The Clerk of the Court is directed to send Plaintiff Dasha Issac the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

**DATED**: September 26, 2025.

_____
UNITED STATES MAGISTRATE JUDGE